RULE 20
Category B
Plea to Indictment
Rule 20 ~~from~~ TO: Middle District of North Carolina

USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

In the United States District Court

for the _____ DISTRICT OF _____ COLUMBIA

UNITED STATES OF AMERICA
v.
KENNETH J. WINSTON

CRIMINAL NUMBER: 08-150 (EGS)

Consent to Transfer of Case for Plea
and Sentence
(Under Rule 20)

**FILED**

JUL 02 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, Kenneth J. Winston, defendant, have been informed that an (*indictment, information, complaint*) is pending against me in the above designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the Middle District of North Carolina in which I, Kenneth J. Winston, (am under arrest, am held) and to waive trial in the above captioned District.

Dated: June 23, 2008 at _____

(Defendant)

(Witness)

(Counsel for Defendants)

R m Hamlett, MDNC
(Assistant United States Attorney)

Approved

United States Attorney for the
Middle _____ District of
North Carolina

United States Attorney for the
_____ District of
Columbia